No. 90–659.  GOLLUST ET AL. v. MENDELL ET AL.  C. A. 2d Cir.  [Certiorari granted, 498 U. S. 1023.]  Motion of the Acting

Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.